IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NANCY LIVI, on behalf of herself :
and all others similarly situated, :
    Plaintiff, : CIVIL ACTION
     : No. 15-5371
    v. :
     :
HYATT HOTELS CORP., et al., :
    Defendants. :

**ORDER**

**AND NOW,** this 6th day of November, 2017, it is **ORDERED** that:

(1) Defendants' Motion for Summary Judgment (ECF No. 43) is **GRANTED**;[1] and

(2) Plaintiff's Motion for Class Certification (ECF No. 59) is **DENIED AS MOOT**.

                                  s/Anita B. Brody

                                _____
                                ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:            Copies **MAILED** on _____ to:

---

[1] As resolved on the record during the teleconference held on November 2, 2017, the Motion for Summary Judgment is deemed filed by all defendants, despite a typographical error in the motion.